UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAISY REYNA, as an individual, MARIAH MONTES, as Guardian ad Litem for D.S. and Z.S., two minors,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, DCFS SOCIAL WORKER MICHELE LOYA-CHHABRA, DCFS SUPERVISOR KAREN VANCE, and DOES 1-5,<br><br>Defendants. | Case No.: 2:19-cv-02629-PA-MAA<br><br>**ORDER DISMISSING CLAIMS WITH PREJUDICE** |

IT IS HEREBY ORDERED, pursuant to stipulation of the parties, as follows:

1. The First Amendment retaliation aspect of the first claim, as described in Paragraph 25(a) of the First Amended Complaint, is hereby dismissed against the individual defendants, with prejudice.

2. The judicial deception aspect of the first claim, as described in Paragraph 25(d) of the First Amended Complaint, is hereby dismissed against the individual defendants, with prejudice.

///

IT IS SO ORDERED

Dated March 13, 2020

_____
United States District Judge

- 1 -
[PROPOSED] ORDER DISMISSING CLAIMS WITH PREJUDICE