# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAISY REYNA, as an individual, MARIAH MONTES, as Guardian ad Litem for D.S. and Z.S., two minors,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, DCFS SOCIAL WORKER MICHELE LOYA-CHHABRA, DCFS SUPERVISOR KAREN VANCE, and DOES 1-5,<br><br>Defendants. | Case No.: 2:19-cv-02629-PA-MAA<br><br>**ORDER GRANTING DEFENDANTS' APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** |

IT IS HEREBY ORDERED AS FOLLOWS:

Defendants' Application for Leave to File Under Seal is granted. The following documents may be filed under seal:

(1) Exhibit "C" to Defendants' Motion for Summary Judgment: Detention Report dated 4/12/2017

(2) Exhibit "D" to Defendants' Motion for Summary Judgment: Juvenile Dependency Petition dated 4/12/2017

(3) Exhibit "E" to Defendants' Motion for Summary Judgment: Addendum Report dated 4/12/2017

- 1 -

[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

(4) Exhibit "F" to Defendants' Motion for Summary Judgment: Minute Order dated 4/12/2017

(5) Exhibit "G" to Defendants' Motion for Summary Judgment: Jurisdiction/Disposition Report dated 5/23/2017

(6) Exhibit "H" to Defendants' Motion for Summary Judgment: Minute Order dated 5/23/2017

(7) Exhibit "I" to Defendants' Motion for Summary Judgment: Applications for Rehearing & Order dated 6/1/2017

(8) Exhibit "J" to Defendants' Motion for Summary Judgment: Ex Parte Application and Order Pursuant to WIC 385 dated 6/28/2017

(9) Exhibit "K" to Defendants' Motion for Summary Judgment: Application and Declaration in Support of Authorization for Removal dated 6/27/2017

(10) Exhibit "L" to Defendants' Motion for Summary Judgment: Findings and Orders dated 6/27/2017

(11) Exhibit "M" to Defendants' Motion for Summary Judgment: First Amended Petition dated 6/28/2017

(12) Exhibit "N" to Defendants' Motion for Summary Judgment: Minute Order dated 6/28/2017

(13) Exhibit "O" to Defendants' Motion for Summary Judgment: Status Review Report dated 2/1/2018

Good cause exists to keep these documents confidential and there are compelling reasons why the strong presumption of public access in civil cases has been overcome.

IT IS SO ORDERED.

DATED: March 16, 2020

By: _____
Percy Anderson
UNITED STATES DISTRICT JUDGE