UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAISY REYNA, as an individual, MARIAH MONTES, as Guardian ad Litem for D.S. and Z.S., two minors,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, DCFS SOCIAL WORKER MICHELE LOYA-CHHABRA, DCFS SUPERVISOR KAREN VANCE, and DOES 1-5,<br><br>　　　　　　　Defendants. | No. CV 19-2629 PA (MAAx)<br><br>JUDGMENT |

In accordance with the Court's April 6, 2020 Minute Order that granted summary judgment in favor of defendants County of Los Angeles, the Los Angeles Department of Children and Family Services, Michele Loya-Chhabra, and Karen Vance (collectively "Defendants") on all of the claims asserted in the First Amended Complaint filed by plaintiffs Daisy Reyna and Mariah Montes, as guardian ad litem on behalf of minor plaintiffs D.S. and Z.S. (collectively "Plaintiffs"),

//

1    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is

2    granted in favor of Defendants on all of Plaintiffs' claims asserted in the First Amended

3    Complaint;

4        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs take

5    nothing and that Defendants shall have their costs of suit.

6    DATED:  April 6, 2020

7    _____
                        Percy Anderson
8                 UNITED STATES DISTRICT JUDGE